BOLLES v. OUTING CO., Limited. (Circuit Court of Appeals, Second Circuit. April 28, 1897.) In Error to the Circuit Court of the United States for the Southern District of New York. Wells, Waldo & Snedeker, for plaintiff in error. John R. Abney, for defendant in error. Affirmed on the opinion filed on former decision. 23 C. C. A. 594, 77 Fed. 966.

BOYLE, Attorney General, et al. v. MUTUAL LIFE INS. CO. OF NEW YORK. (Circuit Court of Appeals, Eighth Circuit. May 26. 1898.) No. 1,020. Appeal from the Circuit Court of the United States for the District of Kansas. David Overmyer, David Martin, Louis C. Boyle, and Webb McNall, for appellants. B. P. Waggener, Albert H. Horton, George J. Barker, and E. F. Ware, for appellee. Dismissed, per stipulation of parties, at costs of the appellee. See 82 Fed. 705.

CHICAGO SUGAR REFINING CO. v. CHARLES POPE GLUCOSE CO. et al. (Circuit Court of Appeals, Seventh Circuit. June 10, 1898.) No. 517. Appeal from the Circuit Court of the United States for the Northern District of Illinois. C. K. Offield, H. S. Towle, and C. C. Linthicum, for appellant. L. L. Coburn, for appellees. Dismissed. See 28 C. C. A. 594, 84 Fed. 977.

THE CHILIAN. (Circuit Court of Appeals, Second Circuit. January 20, 1897.) No. 85. Appeal from the District Court of the United States for the Southern District of New York. Wilcox, Adams & Green, for appellant Berwind-White Coal-Min. Co. Convers & Kirlin, for appellees, claimants of the Chilian. Dismissed on consent, pursuant to the twentieth rule. See 58 Fed. 697.

CITY OF POUGHKEEPSIE v. NATIONAL METER CO. (Circuit Court of Appeals, Second Circuit. November 19, 1896.) No. 94. Appeal from the Circuit Court of the United States for the Southern District of New York. Dickerson & Brown, for appellant. Gifford & Bull, for appellee. No opinion. Affirmed. See 75 Fed. 405.

CITY RY. CO. v. CITIZENS' ST. RY. CO. (Circuit Court of Appeals, Seventh Circuit. June 9, 1898.) No. 243. Appeal from the Circuit Court of the United States for the District of Indiana. A. C. Harris, Bryon K. Elliott, and William F. Elliott, for appellant. Benjamin Harrison, W. H. H. Miller, Ferdinand Winter, and John B. Elam, for appellee. Dismissed on motion of appellant.

CLEVELAND CO-OPERATIVE STOVE CO. et al. v. HESS. (Circuit Court of Appeals, Sixth Circuit. October 4, 1898.) No. 624. Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Ohio. Thurston & Bates, for appellants. Charles R. Mills and Albert E. Lynch, for appellee. Dismissed per stipulation.